# George Eckel and Pearl Eckel, Appellees, v. Wole Koleff, Appellant.

## Gen. No. 46,132. (Abstract of Decision.)

Schwartz, Allen & Shriman, for appellant; Harry Shriman and Herman Feldman, of counsel; Bernard J. A. Dahl, and Alphonse Cerza, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 22, 1953; released for publication February 19, 1954.